```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                         :
ALVIN SUAREZ,                   :

                          Plaintiff,     :     1:23-cv-9547-GHW

                   -v –                 :     <u>ORDER</u>

MAMIYE BROTHERS, INC.,    :
                      Defendant.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     As discussed at the January 4, 2024 conference, Defendant's motion to dismiss is due by January 25, 2024. Plaintiff's opposition is due within three weeks of the date of service of Defendant's motion. Plaintiff's reply, if any, is due within one week of the date of service of Defendant's opposition.

     SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                                                  _____
                                                                    GREGORY H. WOODS
                                                            United States District Judge